Hello, to whom this may concern. My name is Mr. Willie Walker. I have a Police misconduct homicide cover-up case, that I been pursuing for 9 years!  On October 16th,2015 my son Mr. VonMason S. Walker was brutally murdered and robbed by family and friends, "betrayal"!

We caught Columbus Ohio Police department (intentionally) change a "homicide" case into an accidental "shooting" case! CPD 100% never wanted me or my family to know that our precious son, Mr. VonMason S. Walker was, "brutally murdered!" CPD intentionally bamboozled us, deceived us, marginalized us, tampered' with and manipulated the crime scene, fabricated (first) witness statements and purposely destroyed physical forensic evidence and CPD also discredited, any kind of evidence, that led to a homicide! "This whole entire time!" So, the VonMason S. Walker case can remain an accident, not a homicide, with no arrest! (Shame on you CPD!!)

My Pursuit with CPD investigations has utterly been a complete charade, debacle, scandal a big hoax to sum it all up, that my son Mr. VonMason Walker was dancing in a kitchen with a gun in his hand and accidentally slipped or tripped over a toy truck shooting himself in the

head! CPD intentionally 'covered' up Mr. VonMason's murder!  We can't let this case go because, CPD Det. Wachalec said to me on (audio recording) that he knows they murdered my son! "CPD knows!" CPD also knows these perpetrators are (lying) about what happened to Mr. VonMason Walker in that house! So, much; so! CPD allow the suspects to have multiple (ultimatums) of which story they going to "stick, with!" This is also on CPD audio recording! (Continuing corruption!)

I have currently five independent investigations that say Mr. VonMason Walker is a (victim) of a crime and we once had the case a homicide, working with the coroner's office, not with CPD because they were completely "bias and Prejudice towards the already solved murder investigations case!" I'm working on the six investigations, (BCI) I should have in my possession very soon! CPD help these perpetrators get away with "murdering" my son Mr. VonMason Walker by illegally tampering, manipulating physical forensic evidence at the crime scene! (Shame on you CPD!)

The main (root cause) of our CPD misconduct corruption problem is the blood physical forensic evidence on top of the handgun at the crime scene was clearly wiped off the gun and blood was added (illegally) manufacture, blood spatter by CPD! So, the handgun appears to look like Mr. VonMason Walker shot himself! This is CPD nefarious corruption activity towards, Mr. VonMason Sho'Nough Walker police homicide cover up case!

The other serious issue of CPD misconduct corruption problem is, CPD say they're ONLY

physical forensic evidence that Mr. VonMason Walker had his hands on that handgun is the high velocity blowback on VonMason's right hand! CPD tried to deceive us with that intentional (mischaracterize info!) The Corners office, Dr. Kent Harshbarger has said it's not blowback, it's blood that (dripped) from the victim's head onto his arm in a downward motion! But didn't amend it into the report but mentioned to CPD! Also, CPD Det. Wachalec agrees that's it's not blowback, but the continued, CPD corruption kept him from reporting that crucial info! Also, the BCI report (analyzed) the blood on Mr. VonMason Walker's right hand as a transfer stain and a big blood stain on the right hand! And the continued CPD corruption kept the case from returning to a homicide again! (Shame on you CPD!)

CPD again tried to deceive us with CPD manipulation and corruption, stating that when Mr. VonMason Walker shot himself, he fell back one time! The BCI report again matches the blood stains on Mr. VonMason clothing and compares the blood dropping and stains to the kitchen floor in front of the refrigerator stating Mr. VonMason was in that vicinity first! Just like our witness stated to CPD and to our private detectives, that the(suspects) reposition Mr. VonMason Walker's body! Again, the CPD continued misconduct corruption kept the case an accident!

CPD Det. Warnick incredibly deceived me at the crime scene stating with his (delusional) intentional, deceitful misleading analogy of the Mr. VonMason Walker handgun wound angle impression mark demonstration to me! CPD Det. Warnick said to me on October 16th,2015 the night of my son's murder! If you take your hand and make a gun and bring it towards your (head) it matches my son's head wound! That horrible night I was against what they were trying to say," VonMason shot himself!" because I know the people that live at the residence and others who (hang out) there were very, "dangerous"! But when Det. Warnick (explain) to me the head wound that kind of changed my perception into skepticism about what happened to my son inside that house! When we received the public record request it (exposed) the truth! VonMason head wound is at a clockwise angle mark that fits a left-handed person! VonMason is right-handed! The wound angle mark should have been in a counterclockwise mark, and it wasn't! This also was the beginning of the CPD corruption!

CPD doesn't have any issues with the current five (private) investigations, that we presented as part of our investigations, but the CPD "corruption Ignored" that crucial important information and never factor or included any of it, into their CPD investigations!

That's how CPD swept this," nefarious, undesired, Police misconduct homicide case under the rug!")

CPD say there are no suspects but was going to pick up three of the main suspects back in 2016 with the private detectives, but it never happened! We gave CPD the (suspect list) but they 'ignored' the list like everything else! Since CPD has thrown away the only physical forensic evidence they collected, then CPD made up false and misleading illegal evidence of the crime scene! CPD based the Mr. VonMason Walker case on "pathological conspiracy liar's statements", who are part of the Mr. VonMason S. Walker murder cover-up! "And all these CPD witnesses, refused to consent to a polygraph test! CPD also based this case on false misleading forensic evidence!" There's no CPD, true physical forensic science evidence from the crime scene! "It's all, voice verbal backed up by fictional science!" (Continuing CPD corruption, (shame on you CPD!)


We had witnesses that came forward with crucial info and CPD (intentionally) badgered are witness who was willing to "testify" against these perpetrators! The witness was so (mad) and retreated from the case! We have a witness on CPD audio recording telling CPD Det. Warnick them guys (shot) that man! This same witness said, VonMason came in from outside and played with the two kids on the family floor, she did not see a gun on VonMason person at all! she said he walks into the "kitchen and the gun shot went off!" CPD Det. Warnick changed this witness' CPD paper statement too, she doesn't know what happened! Det Warnick asked one of the main (suspect) again where he was. The suspect

said he was coming out of the kitchen and VonMason was passing him through the threshold together, Det. Warnick asked the suspect did you, see a gun in VonMason hand, and the suspect said 'no' and said a (second later) the gun shot went off!! CPD Det.Wachalec asked another witness on CPD audio recording," who shot VonMason" and the witness (replied) by giving a name to the detective from One of our main 3 suspects list!

CPD knew then that VonMason Walker was shot by someone else! For CPD not to act on that audio recording statement alone was, a "dereliction of duty!" This is how CPD will document your case and sweep your undesirable police misconduct cover- up case under the rug and stall your case out and do absolutely nothing for your homicide misconduct case! (Absolutely disgusting!)

We have another witness who reported that two of the suspects told her they set up Mr. VonMason Walker and repositioned the body! That statement didn't mean anything to CPD, basically, their action response was, "So, what; "And did nothing with that info!"

We also had two out of the main three (suspects) who were in the kitchen when Mr. VonMason Walker was (brutally) murdered, volunteering to take a polygraph test! The two main suspects both failed their test miserably!  (Nothing happened, corruption continues!)

Throughout all the 9 years of Mr. VonMason Walker CPD (bogus) investigations, CPD cannot (track down) the main 3 suspects, who are involved with Mr. VonMason Walker murder! Instead of (vigorously) tracking them down, CPD put out 2 different IDs alerts out on the suspects! The suspects are untouchable! (Continuing CPD corruption!)

 VonMason Walker mother Jeniffer Gillman said they called her at 10:49pm that her son was shot, and he was dead! The first 911 call came in at 11:13 pm. A 24-minute delay before calling 911 for help! Again, good info is ignored by CPD!

The private detective Confidential Services believes when VonMason arrives at the residence he was set up and shot! (Premeditated murder!)

One of the main suspects who was in the kitchen that fatal night has sent VonMason Walker a text stating," when I see you straight beef on site, prepare yourself! CPD Det. Wachalec wanted to see that text in VonMason cell phone because it will change everything! We brought the working cell phone with the passcode! He took the cell phone upstairs and brought it back stating he didn't see anything, I said" what" are you talking about, let me see the cell phone and the cell phone was (blank, black) I said Det Wachalec what did you do to the cell phone it was working perfectly! Det. Wachalec said he was

wondering the same thing," I said Det. Wachalec you destroyed my son's cell phone! (Straight CPD corruption!) I want my son's cell phone" RESTORED BACK!" fixed! All the evidence Info was (ignored) by the CPD corruption! Another witness said on CPD audio recording that a (suspect) came up to him scared and shaking and asked this person what he should do with his gun! This person told him to get the gun away from the 'house' because CPD will look all over the house! The witness said this person ran from the crime scene with blood on his shirt, to hide his gun and when he returned to the crime scene other people recognized that he had a different T-shirt on! CPD ignored their (own) CPD AUDIO recording!  Again, the CPD corruption ignored this entire case! The Mr. VonMason Walker murder case is (solved) CPD is the problem!

We now have 5 private investigations that concur with each other that a homicide crime was committed against Mr. VonMason S. Walker! The true physical forensic evidence at the crime scene states, that to be, (true facts) with this case! Also, with the first CPD audio

recording of the first contact witnesses' interviews, all are very credible and efficient enough to charge the main 3 suspects with Mr. VonMason Walker (heinous) murder! And get them off our streets!

My last CPD contact was on March 5th, 2024. I sent the crime scene photo to CPD Chief Elaine Bryant office, to prove the murder of Mr. VonMason Walker and the proof of police misconduct cover- up! I tried to set up a citizen emergency meeting with Chief Bryant for March 8th, 2024 at CPD headquarters at 10:30 am. I did not get a response back, so I went to the meeting. I walked towards the CPD lobby desk, and said I have a citizen meeting!

The desk asks for my name, I gave them my name, they said immediately that Chief Bryant wasn't coming down, because the Police did everything that they could for my case! I was hurt and devastated! I thought I was going to meet with the CHIEF OF POLICE! I was foolish!

Where I'm today on February 17th, 2025. I sent the entire case to the(new) Prosecutors office on January 30th, 2025. Just waiting for their legal response! Just based on the private detectives and the physical forensic evidence and the first witnesses' statements, that made this case a homicide! We want charges and arrest, filed with these dangerous suspects who are behind, this heinous brutal murder of Mr. VonMason S. Walker!

 Thank you sincerely, Mr. Willie Walker. 614-441-6911.

Please find attached.

Willie M. Walker.

2012 Hegemon Crest Dr.

Columbus, Ohio 43219. (614) 441-6911.

1.City of Columbus Division of Police.

    120 Marconi Blvd. Columbus Ohio 43215.

    (614) 645-4545.

2. Franklin County Prosecutor Office.

    373 S. Hight Street 14th Floor.

    Columbus, Ohio 43215. (614) 525-3555.

3.Franklin County Coroner's office.
2090 Frank Road. Columbus, Ohio. 43223.

(614) 525-5290.